David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Plaintiff* Emmanuel Oludele

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL OLUDELE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:17-cv-06810-DMG-FFM |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT to FED R. Civ. P. 41(a)(1)(A)** |
| MONSTER DIGITAL, INC., DAVID H. CLARKE, STEVEN C. BARRE, ROBERT B. MACHINIST, CHRISTOPHER M. MINER, and JONATHON CLARKS, | |
| Defendants. | |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Emmanuel Oludele ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion

1  for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing

2  of this notice.

3  November 15, 2017

4

5                                                          /s/ David E. Bower
                                                          David E. Bower SBN 119546
6                                                      **MONTEVERDE & ASSOCIATES PC**
                                                       600 Corporate Pointe, Suite 1170
7                                                      Culver City, CA 90230
                                                       Tel: (310) 446-6652
8                                                      Fax: (212) 202-7880
                                                       dbower@monteverdelaw.com
9  **OF COUNSEL**
                                                       *Counsel for Plaintiff Emmanuel Oludele*
10  **MONTEVERDE & ASSOCIATES PC**
    Juan E. Monteverde
11  The Empire State Building
    350 Fifth Avenue, Suite 4405
12  New York, NY 10118
    Tel: (212) 971-1341
13  jmonteverde@monteverdelaw.com

14

15  *Counsel for Plaintiff Emmanuel Oludele*

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            - 2 -